# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159104(27)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TREVOR JAMES CARRIER,
        Defendant-Appellant.
_____/

SC: 159104
COA: 344764
Emmet CC: 14-003969-FC

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limit for his application for leave to appeal is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2019



Clerk